C. C. LIDDON, *et al., Plaintiffs in Error,* v. CRAWFORDVILLE STATE BANK, *Defendant in Error.*

Where the members of the appellate court are equally divided in opinion as to whether a judgment on writ of error should be reversed or affirmed, and there is no prospect of a change of judicial opinion, the judgment should be affirmed so that the litigation may not be unduly prolonged.

This case was decided by the Court En Banc.

Writ of error to the Circuit Court for Jackson County.

The facts in the case are stated in the opinion of the court.

*Paul Carter* for Plaintiffs in Error;

*Wm. B. Farley* and *Reeves & Watson* for defendant in Error.

PER CURIAM.—This cause having been duly considered by the court, and Mr. Chief Justice Whitfield, Mr. Justice Hocker and Mr. Justice Parkhill being of opinion that

the judgment should be reversed, while Mr. Justice Taylor, Mr. Justice Shackleford and Mr. Justice Cockrell are of opinion that the judgment should be affirmed. and there being no prospect of a change of judicial opinion, the judgment should be affirmed on the authority of State *ex rel.* Hampton v. McClung, 47 Fla., 224, 37 South. Rep., 51, and it is so ordered.